

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-24-00168-CR

**EX PARTE** Helmer Fernando **GAMEZ GUEVARA**

From the County Court, Kinney County, Texas
Trial Court No. 11265CR
Honorable Susan D. Reed, Judge Presiding

BEFORE JUSTICE RIOS, JUSTICE MCCRAY, AND JUSTICE MEZA

In accordance with this court's memorandum opinion of this date, the trial court's order denying Appellant's application for pretrial writ of habeas corpus is AFFIRMED.

SIGNED August 5, 2025.

_____
Velia J. Meza, Justice